SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2006 JAN 31 P 1:54
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate No. 06- |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21 U.S.C. §§841(a)(1) |
| ) | |
| KELLY OSBORNE ) | |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE

On about July 28, 2005, in the District of Maine, defendant

### KELLY OSBORNE

did knowingly and intentionally possess with intent to distribute, and distribute a mixture or substance containing cocaine base, and to aid and abet the commission of those crimes.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2. It is further alleged that the penalty provisions of Title 21, United States Code, Section 841 (b)(1)(C) apply to the conduct described herein.

The complainant states that this complaint is based on the attached affidavit which is incorporated herein by reference.

_____
Steven Thibodeau
Task Force Agent
U. S. Drug Enforcement Administration

SWORN AND SUBSCRIBED TO before me
this 31ST day of January, 2006

_____
David M. Cohen
United States Magistrate Judge

## AFFIDAVIT OF STEVEN THIBODEAU

I, Steven Thibodeau, am a Task Force Agent (TFA) with the United States Drug Enforcement Administration (DEA) and have served in that capacity for approximately four years. I have also served as a police officer with the Scarborough Police Department for approximately 10 years. During that approximate 10 years of law enforcement experience, I have conducted numerous investigations of drug-trafficking activities and conducted numerous arrests for illegal narcotics offenses.

I swear that the facts set forth below are true. I make this affidavit in support of the issuance of a criminal complaint charging Kelly Osborne with one count of possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). The information contained in this affidavit is known to me from personal knowledge and discussions with other investigating agents. This affidavit does not contain all the facts known to me at this time, but merely seeks to establish that probable cause exists that Kelly Osborne committed the above-mentioned offense. In support thereof, I respectfully state the following:

1. On July 28, 2005, a Task Force Agent of the United States Drug Enforcement Administration Portland, Maine office, acting in an undercover capacity (hereinafter "UC"), made a series of recorded telephone calls to set up a time to meet Kelly Osborne to obtain cocaine base. The UC spoke to Osborne who told UC that she was not available at the present time, however she would be available later. UC and Osborne made arrangements to meet at a later time that day at the corner of Park Avenue and Mellen Street in Portland.

2. At approximately 4:18 p.m., UC was parked in his vehicle at the corner of Park Avenue and Mellen Street when another passenger vehicle arrived on Mellen Street. Osborne

exited that car and walked to UC's vehicle. Osborne then entered UC's vehicle.

3. Osborne directed UC to drive her to a gasoline station located on the corner of Park Avenue and High Street in Portland. While en route, Osborne handed UC a clear plastic baggie corner knotted at one end containing five (5) chunks of a hard yellowish substance (hereinafter Exhibit 1) and UC provided Osborne with $500 of prerecorded buy money.

4. Osborne exited UC's vehicle at the gasoline station.

5. Exhibit 1 was subsequently sent for forensic testing at which time a forensic chemist employed by the United States Drug Enforcement Administration tested Exhibit 1 and the chemist opines that Exhibit 1 contains cocaine base and weighs 1.9 grams.

6. Based on the facts set forth above, I respectfully request that the Court issue a criminal complaint charging Kelly Osborne with the offense of possession with intent to distribute a mixture or substance containing cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Steven Thibodeau
Task Force Agent
U.S. Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 31st day of January 2006.

David M. Cohen
United States Magistrate Judge